# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3776

———————————————

Ronald E. Byers,

*Appellant*,

v.

Commissioner of Internal Revenue,

*Appellee*.

——————————

Appeal from The United States Tax Court

——————————

Submitted: February 26, 2021
Filed: March 3, 2021
[Unpublished]

——————————

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Ronald Byers appeals a tax court order Ronald Byers appeals an order of the tax court[1] sustaining a settlement officer's decision upholding the notice of federal tax lien filed by the Commissioner of Internal Revenue for Byers's 2003 tax year.

———————————

[1]The Honorable Kathleen Kerrigan, United States Tax Court Judge.

*See* 26 U.S.C. §§ 6320 and 6330.  After careful de novo review, we affirm for the reasons stated in the tax court's order and decision of July 23, 2019.  *See* 8th Cir. R. 47B.

_____